**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF OREGON, EUGENE DIVISION

Case number *(if known)* _____  Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Rogue Fare LLC |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | DBA Mountain Mike's Pizza |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 82-2434090 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** <br><br> 2640 E Barnett Rd, Suite F <br> Medford, OR 97504 <br> Number, Street, City, State & ZIP Code <br><br> Jackson <br> County | **Mailing address, if different from principal place of business** <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor  Rogue Fare LLC                                    Case number (*if known*) _____
        Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor    Rogue Fare LLC
                _____                Case number (*if known*) _____
          Name

**11. Why is the case filed in** *this district?*

*Check all that apply:*

☒   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard?   _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other   _____

**Where is the property?**   _____

                               Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

         Contact name      _____

         Phone             _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

.   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  Rogue Fare LLC
        Name                                                              Case number (*if known*)

| | |
|---|---|
| **Request for Relief, Declaration, and Signatures** | |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 1, 2026
               MM / DD / YYYY

**X** /s/   James Smith                                James Smith
Signature of authorized representative of debtor        Printed name

Title   Sole Member

**18. Signature of attorney**

**X** /s/ Keith Y Boyd                          Date   July 1, 2026
Signature of attorney for debtor                        MM / DD / YYYY

Keith Y Boyd 760701
Printed name

Keith Y. Boyd, PC
Firm name

724 S Central Ave 106
Medford, OR 97501
Number, Street, City, State & ZIP Code

Contact phone    (541) 973-2422      Email address   keith@boydlegal.net

760701 OR
Bar number and State

Fill in this information to identify the case:

Debtor name    Rogue Fare LLC

United States Bankruptcy Court for the:  DISTRICT OF OREGON, EUGENE DIVISION

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Charlies Produce 10755 SE Jennifer St Clackamas, OR 97015 | Cary Lowe  Caryl@charliesproduce.com (503) 491-5974 | Trade debt | | | | $884.00 |
| Cintas Corporation PO Box 625737 Cincinnati, OH 45262 | Rosita Alcala  alcalar@cintas.com (509) 317-8839 | Trade debt | | | | $406.00 |
| Credit Associates, Inc. PO Box 39 Bend, OR 97703 | Wes Fisher  wes@creditassociates.net (541) 312-9176 | Trade Debt | | | | $63,110.95 |
| Ecolab 1 Ecolab Pl Saint Paul, MN 55102 | David Nguyen  david.nguyen2@ecolab.com (626) 215-0475 | Trade debt | Contingent Unliquidated Disputed | | | $2,956.88 |
| First Bank of the Lake 4558 Osage Beach Parkway, Ste 100 Osage Beach, MO 65065 | Juan J Flores, VP  jflores@fblake.bank (404) 991-4444 | Debtor is a Guarantor | | | | $2,912,507.40 |
| First Internet Bank of Indiana 8701 E. 116th St Fishers, IN 46038 | Shimeka Dinkins, Special Assets  shimeka.dinkins@applepiecapital.com (415) 287-2910 | Business Debt | | $1,502,716.74 | $0.00 | $1,502,716.74 |
| John Warekois, CPA, LLC 250 E Pine St Central Point, OR 97502 | John A. Warekois, CPA  john@oregontaxcpa.com (541) 772-2410 | Business Debt | | | | $3,250.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   Rogue Fare LLC _____          Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Parifin-DoorDash Capital 301 Howard St, Ste 1500 San Francisco, CA 94105 | Legal Department legal@parafin.com (855) 967-1803 | Trade debt | | | | $13,667.60 |
| PepsiCo, Inc. c/o CT Corporation System 160 Mine Lake Ct, Ste 200 Raleigh, NC 27615 | Tina Tarvin tina.tarvin@pepsico.com (541) 326-3221 | Trade debt | | | | $1,252.00 |
| Performance Food Group 19786 NE San Rafael St, Portland, OR 97230 | Liz Ralston Liz.Ralston@pfgc.com (503) 405-1259 | Trade debt | | | | $10,601.00 |
| Rewards Network Establishment Services 540 W Madison St, Ste 2400 Chicago, IL 60661 | Client Services clientservices@rewardsnetwork.com (800) 422-5155 | Trade debt | | | | $3,270.91 |
| Sangoma 301 N Cattleman Rd, Ste 300 Sarasota, FL 34232 | Valerie Castillo vcastillo@sangoma.com (941) 888-9226 | Trade debt | | | | $2,373.00 |
| U.S. Small Business Administration Attn: Matthew Koos 721 19th Street Suite 426 Denver, CO 80202 | Matthew Koos matthew.koos@sba.gov (303) 844-2607 | Virtually all assets of Debtor including all personal property, accounts, chattel paper, equipment, intangibles, and inventory | | $150,015.00 | $29,900.00 | $120,115.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

# United States Bankruptcy Court
## District of Oregon, Eugene Division

In re    Rogue Fare LLC                              Case No. _____

                                           Debtor(s)      Chapter     11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Rogue Fare LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

July 1, 2026 _____

Date

/s/ Keith Y Boyd _____

Keith Y Boyd 760701

Signature of Attorney or Litigant

Counsel for    Rogue Fare LLC _____

Keith Y. Boyd, PC

724 S Central Ave 106
Medford, OR 97501
(541) 973-2422  Fax:
keith@boydlegal.net